IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN MCBURNETT                                                                          PLAINTIFF

v.                                            No. 4:06CV00628 JMM

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## JUDGMENT

For the reasons stated in the separate order filed this date, the decision of the Commissioner of the Social Security Administration denying plaintiff's claim for disability insurance benefits and supplemental security income is hereby AFFIRMED. Judgment is hereby entered in favor of the Commissioner and plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 16 day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE